**DECLARATION OF PLAINTIFF,** ▇▇▇▇▇▇▇▇

1. Plaintiff in the action herein, Mr. ▇▇▇▇▇▇▇▇, who requests to proceed under the pseudonym, "John Doe," hereby supplies the Court with the following Declaration in Support of the Plaintiff's Motion to Proceed Anonymously, filed on today's date, and in support thereof, hereby avers and states as follows:

1. My family is not accepting of the LGBTQ+ community.

2. My close friends are not accepting of the LGBTQ+ community.

3. My religious denomination does not support and is not accepting of members of the LGBTQ+ community.

4. My family and close friends would not support me being an ally to the LGBTQ+ community.

5. I believe that if I were associated with what happened to me in this lawsuit that I would face the same kind of harassment that I did at Heubach.

6. Members of my family, close friends, and members of my religious community would not accept if I were associated with the claims being made in this lawsuit.

7. I disclosed my name to the Equal Employment Opportunity Commission in order to file a Charge of Discrimination in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/30/2023         By: ▇▇▇▇▇▇▇▇
                              Mr. ▇▇▇▇▇▇▇▇