IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  23-cv-01347-GAM |
| HEUBACH LTD et al | : | |
| Defendants. | : | |

## **ORDER**

This case is scheduled for a settlement conference on October 6, 2023. I previously sent out a notice that supplied instructions on what to do in advance of the settlement conference. A review of the parties' preconference submissions indicates they have not supplied each other with a demand and offer.

Good cause appearing, it is this **4th** day of **October 2023**, **ORDERED** that the parties will immediately exchange demand and offer in accordance with my written instructions. I have attached a copy of the instructions. If the plaintiff does not wish to make a demand, or the defendant is not prepared to make an offer, the parties will immediately make arrangements with my deputy to talk to me by telephone, so we don't waste time at the conference.

BY THE COURT:


s/Richard A. Lloret
RICHARD A. LLORET
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  23-cv-01347-GAM |
| HEUBACH LTD et al | : | |
| Defendants. | : | |

## NOTICE

A settlement conference **via the internet** will be held on **October 6, 2023** at **2:00 p.m.**, before the Honorable Richard A. Lloret, United States Magistrate Judge. Please email all participants' names and emails to sheila_mccurry@paed.uscourts.gov by **September 27, 2023.** The ZOOM log-on information will be emailed prior to the conference. A status telephone call will be held on **September 27, 2023** at **10:30 a.m.** Counsel will call chamber's call-in number which was provided via e-mail.

- Plaintiff must make a demand before the settlement conference. Defendant must make an offer before the conference.
- Plaintiff will comply with Fed.R.Civ.P. 26(a)(1)(A)(iii) **at once,** if plaintiff has not already provided a computation of damages that complies with the rule.
- Defendant will comply with Fed.R.Civ.P. 26(a)(1)(A)(iv) **at once**, if defendant has not already provided a full and complete copy of all insurance policies (including policy limits, retention and deductibles) in accordance with the rule.
- Please notify the court by joint telephone conference one week before the conference if settlement is not a real possibility, for example, if the defendant will not make an offer or will offer only nuisance value.
- Counsel is responsible to have clients with **full settlement authority** physically present for the duration of the conference.[1] A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **September 27, 2023**. **If it is NOT emailed by then Judge Lloret may CANCEL the settlement conference.**

*/s/ Sheila McCurry*
SHEILA MCCURRY
Courtroom Deputy to the
Honorable Richard A. Lloret
U.S. Magistrate Judge
sheila_mccurry@paed.uscourts.gov

**Date:**  September 11, 2023

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____ JURY / NONJURY
(Circle One)

      TRIAL/POOL DATE:

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

   Name: _____
___

   Address: _____

   Phone: _____

   Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

      Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable):

MOTIONS PENDING:

OTHER RELEVANT MATTERS:

DEMAND AND OFFER:

ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.

**NOTE: Submission of this form is a certification under Fed.R.Civ.P. 26(g) that counsel has complied with Fed.R.Civ.P. 26(a)(1) regarding initial disclosure of a computation of damages (as to plaintiff) and all insurance policies (as to defendant).**